DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

GERALDINE CABEZUDO,

Petitioner,

v.

ANDREW CABEZUDO,

Respondent.

No. 2D2025-3302

_____

May 29, 2026

Petition for Writ of Prohibition to the Circuit Court for Pinellas County;
Jack Helinger, Judge.

Geraldine Cabezudo, pro se.

No appearance for Respondent.

ORDER RESTRICTING PETITIONER FROM FUTURE PRO SE FILINGS

PER CURIAM.

On January 12, 2026, this court issued an order to show cause detailing Petitioner's initiation of six proceedings and filing of over 200 documents that were largely duplicative or unauthorized. The order directed Petitioner to show cause why this court should not direct the clerk of this court to reject any pleadings from Petitioner unless the filing

is related to a pending case or submitted by a licensed Florida attorney. *See State v. Spencer*, 751 So. 2d 47, 48-49 (Fla. 1999).

Petitioner did not file a timely response to our order. Accordingly, we direct the clerk of this court to place in an inactive file any pro se notices of appeal or petitions filed by Petitioner related to lower tribunal cases 25-2342-FD-12 and 522025CA005862XXCICI unless the filing is signed by a member in good standing of The Florida Bar. *See id.*

KELLY, MORRIS, and ATKINSON, JJ., Concur.

_____

Opinion subject to revision prior to official publication.